THOMAS C. CLARK, APPELLANT, *v.* JAMES DONALDSON, RESPONDENT.

APPEAL from a judgment in favor of the defendant, entered upon the report of a referee. The General Term affirmed the judgment on the ground that the evidence in the case was sufficient to sustain the findings of the referee, and that the exceptions taken by the plaintiff to the admission and rejection of evidence, were not sustainable.

*John A. Foster* and *W. P. Richards*, for the appellant.

*Francis Tillon*, for the respondent.

Opinion by DAVIS, P. J.

DANIELS and LAWRENCE, JJ., concurred.

Judgment affirmed.